# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

CHRistopher J. Barnett
*Plaintiff's full name (Please print)*

v.

Seth PFAFF, Delta unit MANAGER
*Defendant(s)' full name (Please print)*
Deputy WArden Underwood
Deputy WArden JOhnson
WArden MiChael miller
MAtthew McKeown, OSR Unit mgR

*For additional names please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.* ***The names listed in the above caption must be identical to those contained in Section IV, pursuant to Fed. R. Civ. P. 10(a).***

**Case No.** CIV-25-414-JFH
*(To be filled out by Clerk's Office only)*

FILED
NOV 13 2025
BONNIE HACKLER
Clerk, U.S. District Court
By ______
Deputy Clerk

**NOTICE**

*Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.3 address the privacy and security concerns resulting from public access to electronic court files. Under these rules, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.*

***Each claim you raise must be properly exhausted.*** *If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. See 42 U.S.C. 1997e(a).*

***Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.***

## I. JURISDICTION

*Indicate below the federal legal basis for your claim, if known.*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)
- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

CHRistopher J. Barnett

*Full name* *Aliases*

857048

*Prisoner ID #*

Allen GAmble Correctional center

*Place of Detention/Incarnation*

6888 E 133 rd RoAd

*Institutional Address*

Holdenville Ok 74848

*City* *State* *Zip Code*

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S)' INFORMATION

*List the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained on the first pate. Attach additional sheets of paper as necessary. Do not write on the backs of any additional sheets. See Local Civil Rule 5.2(a).*

Defendant 1: Seth PFAFF | Individual & Personal Capacity
*Full Name*

Delta Unit mgr At AGCC
*Current Job Title*

6888 E 133rd Road
*Current Work Address*

Holdenville, Ok 74848
*City* *State* *Zip Code*

Individual & Personal Capacity

Defendant 2: AGCC Deputy Warden Underwood
*Full Name*

Deputy Warden
*Current Job Title*

6888 E. 133rd Road
*Current Work Address*

Holdenville Ok 74848
*City* *State* *Zip Code*

Defendant 3: DW JohNSON INdividUAL & PersonAL CAPAcity
*Full Name*

Deputy WArden
*Current Job Title*

6888 E. 133rd Road
*Current Work Address*

HoldeAville | ok | 74848
*City* | *State* | *Zip Code*

Defendant 4: MichaeL Miller INdividUAL & PersONAL CAPAcity
*Full Name*

WArden At AGCC
*Current Job Title*

6888 E 133rd Road
*Current Work Address*

Holdenville, ok | 74848
*City* | *State* | *Zip Code*

Defendant 5:

*Full Name*

*Current Job Title*

*Current Work Address*

*City* *State* *Zip Code*

## V. STATEMENT OF CLAIMS

### A. Claim 1

Date(s) of occurrence: On or About 10/30/2025

Place(s) of occurrence: AGCC Holdenville ok

*State which of your federal constitutional or federal statutory rights have been violated:*

Excessive force, cruel And unusal punishment

***Briefly*** *state the FACTS that support your case. Provide* ***a short and plain statement*** *of how each named defendant was personally involved in the violation of your constitutional rights and why you are entitled to relief from each named defendant. See Fed. R. Civ. P. 8(a). Do not cite case law.*

**FACTS:** I Filed A Grievance Against AGCC Um PFAff. After I Filed the Grievance, PFAff got A copy of it & Retaliated. PFAff Paid Gang members to Attack me & my celly. ON 10/30/25 PFAff came into my cell & Punched me in the stomach & throat, He told me if I Reported it He would have me killed. I was beyond terrified.

### B. Claim 2

Date(s) of occurrence: 11/5/25

Place(s) of occurrence: AGCC Holdenville, ok

*State which of your federal constitutional or federal statutory rights have been violated:*

First Amendment retaliation

**FACTS:** I was Attacked by Two gang members Who Were paid by Seth PFAff, because I Filed A Grievance in An Attempt to exhaust Administrative remedies And Access the courts. I Reported PFAff For threatening me & my celly And bringing drugs In For the mexicans. After being Attacked, me & my cell mate were moved b/c the c/o's said they were going to kill us. The Gang members were screaming Faggot As they Attacked ~~me~~ us. PFFAF Also Targeted me b/c I'm GAY

C. Claim 3

Date(s) of occurrence: 10/30/25 - 11-5-25

Place(s) of occurrence: AGCC Holdenville Ok

*State which of your federal constitutional or federal statutory rights have been violated:*

Denial of Access to courts, First Amendment retaliation
Cruel & unusual punishment

FACTS: I sent A RTS to Deputy Warden Underwood About Pfaff Underwood Gave Pfaff A copy of the Grievance which showed I reported details About Pfaff Accepting Cash Apps From the mexicans & bringing Drugs in. Both Pfaff & Underwood retaliated because I Filed An RTS. Underwood did not Investigate & this Caused me to be Attacked, I detailed in the RTS I feared retaliation. They knew I was going to be Attacked & Failed to Act.

D. Claim 4

Date(s) of occurrence: 10-30-25 - 11-5-25

Place(s) of occurrence: AGCC Holdenville Ok

*State which of your federal constitutional or federal statutory rights have been violated:*

Cruel & unusual punishment, First Amendment retaliation
5th Amendment taking

FACTS: DW Johnson was Aware that Pfaff was given the RTS I Filed, This is documented by email. DW Johnson Failed to Act & Failed to Investigate. Johnson has sent High Ranking Gang members to my cell to threaten me & the Two Gang members punched on me & told me About A Grievance I Previously Filed to OIG over Staff stealing 8 Gallons of Fabuloso. I was Allowed to send in 8 Gallons of Fabuloso For the dog program They Gave me one Gallon. I Asked to be Allowed to return the other 7 if they were not going to Let me have them & Johnson & Pfaf both threatened me & then the Gang members punched on me, I was told I better not File A Grievance. They Gave the 7 Gallons to the mexicans who sold it For drugs. I was denied due process.

## VI. RELIEF REQUESTED

*Briefly state what you want the Court to do for you. Do not make legal arguments or cite cases or statutes.*

Jury trial, volunteer counsel, Liberal Discovery Any & All relief the court can Grant, nominal Damages. An order to doc to Stop Beating Inmates (Injunction) it Seems to be A Policy & custom of Doc to beat Inmates As it Involves multiple Employes At multiple Doc Facilities

## VII. PRISONER'S LITIGATION HISTORY

*The "Three Strikes Rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if the prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

Have you brought any other lawsuits in federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? more than 10

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- Did the court assess a "Strike" or find the dismissal a "Prior Occasion" pursuant to 28 U.S.C.1915 (g).

I have multiple cases in All 3 ok Districts. I Am in Seg, I do not have Access to Any of this, This is An Emergency, I have been Attacked by Staff & it continues

Please Allow me to Proceed IFP w/out prepayment of fees. I have no money, I am being Attacked for Reporting Corruption And trying to exhaust Administrative remedies. I am scared. There is no remedy Available.

## VIII. PLAINTIFF'S DECLARATIONS:

I declare under penalty of perjury that the foregoing is true and correct. To the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11 of the Federal Rules of Civil Procedure.

I agree to provide the Court Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Court Clerk's Office may result in the dismissal of my case.

[signature] 11/5/2025

*Plaintiff's Signature* *Date*

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 5 day of November, 2025.

[signature] 11/5/25

*Plaintiff's Signature* *Date*

Claim 5:

I was attacked not only for filing a Grievance, but also for filing a lawsuit against three different DOC facilities. I was beaten at all 3 facilities. All 3 facilities promised that they would make my life hell. Both PFAF and DW Johnson threatened me multiple times over the lawsuits I filed at other facilities. The lawsuit against Lt Smith was just allowed to move forward & the hinton defendants were served. Johnson told inmates to beat my ass for suing DOC. This is First Amendment retaliation. PFAFF punched me and my celly & Johnson sent inmates to punch on me which they did. Johnson shared details of the Grievance I filed. I was beaten at the direction of Johnson as only he knew the details of the Grievance, PFAFF punched on me on or around october 30, 2025 at 3PM

Claim 6

I File A Claim Against Warden Michael Miller For Failure to train. Warden Miller has been Aware of problems With Johnson And Pfaff & Failed to take Action. Warden Miller Failed to Properly train Staff. It is scary when Staff openly puts A hit on you & Allows Inmates to come into A unit to Attack me. The Facility had A Staffing Shortage And Allowed the Attackers into Delta unit. I Am in Severe Pain. I Am Scared. This is All due to Millers Failure to train. Doc has A Policy And custom of Allowing this to happen. Doc Employees, more than one Are Allowed to beat Inmates, Attack Inmates, Steal From Inmates, deny All due Process to Inmates & take our property For their personal Gain. Kites were Also turned in by people warning the prison that I was About to be Attacked & the prison Allowed me to be Attacked. This All could have been Prevented.

Claim 7

I WAS Sent to AGCC by matthew Mckeown After he Punched me multiple times while I WAS At Oklahoma State Reformatory. Mckeown WAS the unit manager of the unit I WAS on. Mckeown had Assaulted me Right After I Just had hernia Surgery. I had Sent emails to Friends & Family telling them about my conditions of confinement & how bad my Surgery went, Mckeown Came in, Attacked me, told me I better not send Another email Like that or he would send me to A Shit hole where I would be beaten daily by Staff. I WAS sent in A couple weeks to AGCC, PFAFF And Johnson Refrenced mckeown multiple times relating to me, PFAFF told me After he Assaulted me & my celly MAtt Shore that Since mckeown did not get it through my gay ASS head, he would. PFAFF told me he CAN And will have gang members Attack us,

PFAFF & McKeown made good on their threats. I have a Right to be Free From cruel & unusual punishment, Excessive Force, retaliation, & Access to the courts. Both McKeown and PFAFF threatened to Kill me and Matt Shore if we told Anyone About this. DOC has no checks and Balances in place. DOC knows this behavior by Staff is taking place & nothing is being done to stop it. I was sent to AGCC, the most dangerous Gang yard in Oklahoma to Silence me. Please help!

Chris Barnett 857098
AGCC ~~ED~~ ~~P500~~ EC11
6888 E. 133rd Road
Holdenville, OK 74848

CERTIFIED MAIL

7710 5270 0419 8765 76

11/12/25

FIRST-CLASS
US POSTAGE PITNEY
ZIP 74525 $011.
02 7W
0008041471 NOV 10

The United States District Court For
Eastern District of Oklahoma
Po Box 607
Muskogee, OK 74402

RECEIVED

NOV 13 2025

BONNIE HACKLER
Clerk, U.S. District Court
By________________________
Deputy Clerk